IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DIANA MARIE MERCHANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:09-0689 |
| | ) | Judge Trauger |
| STATE OF TENNESSEE, DIVISION OF | ) | Magistrate Judge Griffin |
| MENTAL RETARDATION SERVICES MIDDLE | ) | |
| TN REGIONAL OFFICE, | ) | |
| RICHARD HENDERLIGHT, | ) | |
| DARLENE MOHAGEDAN, KAREN HAYNES, | ) | |
| and DARLA GOAD, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On February 7, 2011, the Magistrate Judge issued a Report and Recommendation (Docket No. 55), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Defendants' Motion to Dismiss And Motion For Summary Judgment (Docket No. 36) is **GRANTED**, and the plaintiff's claims in this case are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that the plaintiff's Motion to Remand (Docket No. 49) is **DENIED AS MOOT**.

It is so **ORDERED.**

Enter this 1st day of March 2011.

_____
ALETA A. TRAUGER
U.S. District Judge